**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-00618-CMA-KMT

MARIO SANCHEZ,

    Plaintiff,

v.

NATIONAL ENTERPRISE SYSTEMS, INC., an Ohio corporation,

    Defendant.

**ORDER OF DISMISSAL WITH PREJUDICE**

This matter is before the Court on the parties' Stipulation of Dismissal With Prejudice (Doc. # 9).  The Court having reviewed the file and being fully advised in the premises, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay its own attorney's fees and costs.

DATED:  July __14__, 2009

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge